**Order entered February 12, 2015.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01165-CV

**SYLVIA ORTIZ, Appellant**

**V.**

**COMMISSIONER OF EDUCATION AND PLANO INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00459-2014**

## ORDER

Before the Court is appellee Commissioner of Education's February 9, 2015, unopposed first motion to extend time to file brief. We **GRANT** the motion and **ORDER** the Commissioner of Education to file its brief no later than March 13, 2015.

/s/     CRAIG STODDART
         JUSTICE